**2007–0844. State v. Meyers.**
Hamilton App. No. C–060012. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2007–0595 and 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857, and briefing schedule stayed.

**2007–0887. State v. Gresham.**
Cuyahoga App. No. 88013, 2007-Ohio-636. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2007–0909. State v. Jackson.**
Cuyahoga App. No. 88028, 2007-Ohio-823. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–0910. State v. Fuller.**
Hamilton App. No. C–040318, 2007-Ohio-1020. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–0912. In re L.A.B.**
Summit App. No. 23309, 2007-Ohio-1479. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–1074, *In re Spears,* Licking App. No. 2005–CA–93, 2006-Ohio-1920; cause consolidated with 2007–0895, *In re L.A.B.,* Summit App. No. 23309, 2007-Ohio-1479; and briefing schedule stayed.
CUPP, J., would recognize the conflict but not hold the cause.

**2007–0936. State v. Gover.**
Franklin App. No. 05AP–1034, 2006-Ohio-4338. On motion for leave to file delayed appeal. Motion denied.
CUPP, J., dissents.

**2007–0937. State v. Riley.**
Wood App. No. WD–03–076, 2006-Ohio-116 and 2007-Ohio-879. On motion for leave to file delayed appeal. Motion granted.
CUPP, J., dissents.

**2007–0970. State v. McCall.**
Muskingum App. No. CT2006–0032, 2007-Ohio-1081. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.

**2007–0977. State v. Spates.**
Cuyahoga App. No. 88058, 2007-Ohio-983. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–0978. State v. Gotel.**
Lake App. No. 2006–L–015, 2007-Ohio-888. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007–0981. Simeone v. Girard City Bd. of Edn.**
Trumbull App. No. 2006–T–0056, 2007-Ohio-1775. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., O'CONNOR and LANZINGER, JJ., dissent.

**2007–0992. State v. Burke.**
Franklin App. No. 06AP–686, 2007-Ohio-1810. On joint motion for stay of court of appeals' judgment. Motion granted.
PFEIFER and CUPP, JJ., dissent.